SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Summer.Johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William Alvear M.D., and Elizabeth Alvear, | Case No.: 24-cv-01777-JCM-DJA |
| Plaintiff(s), | **Stipulation and Order for Extension of Time to Respond to Plaintiffs' Complaint (First Request)** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiffs and Defendants, through their undersigned counsel, stipulate and request that the Court approve an approximately 60-day extension of time, from February 11, 2025, to April 14, 2025, for Defendants to respond to Plaintiffs' Amended Complaint, ECF. No. 2.  This is the parties' first request for an extension of time.

Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 allow a party to request additional time to perform an act. The subject of this litigation concerns Plaintiffs request to return cash seized during the execution of a search warrant.  The parties have come to a resolution in which the parties will file an unopposed motion to authorize the return of the funds from the FBI, less the criminal monetary penalties owed by Plaintiff William Alvear, M.D., in his criminal matter (Case No.: 2:20-cr-00229-CDS-MDC ). The

1  motion has been drafted and will be filed shortly. Pending the outcome of the motion, this

2  litigation may become moot and the parties will seek its dismissal.

3         Based on these circumstances, the parties request an additional 60-day extension of

4  time, from February 11, 2025 to April 14, 2025, for Defendant to file a response to Plaintiffs'

5  Amended Complaint, ECF. No. 2.  This stipulated request is filed in good faith and not for

6  the purposes of undue delay.

7         Respectfully submitted this 11th day of February 2025.

8

9  DATED: February 11, 2025                    DATED: February 11, 2025

10                                             SUE FAHAMI
                                               Acting United States Attorney
11

12   /s/ Donald J. Green                        /s/ Summer A. Johnson
    DONALD J. GREEN, ESQ.                      SUMMER A. JOHNSON
13  Nevada Bar No. 1869                        Assistant United States Attorney
    4760 South Pecos Road, Suite 103
14  Las Vegas, Nevada 89121                    *Attorneys for the United States*

15  *Attorney for Plaintiffs*

16

17                                   **IT IS SO ORDERED:**

18

19                                   _____
                                     DANIEL J. ALBREGTS
20                                   **UNITED STATES MAGISTRATE JUDGE**

21                                   **DATED:** _2/12/2025_____

22

23

24

25

26

27

28

                                        2